UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
      v.                    )   Case No. 1:24-cr-00083-SNLJ
                            )
JEFFERY JAMES REED,         )
                            )
            Defendant.      )

## ORDER

This matter is before the Court on defendant's Motion to Suppress Evidence [Doc. 39] filed on October 1, 2025, and Motion to Suppress Evidence Pursuant to *Franks v. Delaware* [Doc. 59] filed on December 10, 2025.  Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Abbie Crites-Leoni, who filed a Report and Recommendation [Doc. 68] on February 27, 2026.  Defendant submitted objections thereto on March 18, 2026 [Doc. 73].

The Magistrate Judge recommends that the Court deny the defendant's motions. In his Objections to Report and Recommendation, the defendant argues that the Magistrate Judge "wholly ignored the burden of proof on the issue of good faith" and "relied on information outside of the four corners of the Affidavit to conclude it sufficiently linked [the defendant] to the subject premises."  Defendant also argues that the Magistrate Judge "relied on an impermissible inference in reaching her conclusions to the nexus issue" and "erroneously relied on a mischaracterization of the affiant's primary omission."  After de novo review of this matter, this Court adopts the Magistrate Judge's

Report and Recommendation.  This Court adds that it is implicit and obvious from the affidavit's extensive discussion of evidence against defendant Reed and the location of Reed's farm "approximately two nautical miles from the Buff Beef farm," that the premises specifically described in the search warrant was indeed the Reed residence and farm.

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Abbie Crites-Leoni [Doc. 68] on February 27, 2026, be and is **SUSTAINED**, **ADOPTED**, and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence [Doc. 39] is **DENIED**.

**IT IS FURTHER ORDERED** that defendant's Motion to Suppress Evidence Pursuant to *Franks v. Delaware* [Doc. 59] is **DENIED**.

Dated this 20th day of March, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE